JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN E. MALDONADO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. 5:24-cv-01949-FLA (SSC)<br><br>**JUDGMENT** |

THE COURT ADJUDGES AND DECREES that Judgment is entered for Plaintiff under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Dated: March 19, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1